[859 NE2d 912, 826 NYS2d 173]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENE LISOJO, Appellant.

Decided November 16, 2006

**APPEARANCES OF COUNSEL**

*Center for Appellate Litigation*, New York City (*Carl S. Kaplan* and *Robert S. Dean* of counsel), for appellant.

*Robert T. Johnson, District Attorney*, Bronx (*Allen H. Saperstein* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed. The issue raised on appeal was not preserved for this Court's review.

Concur: Chief Judge KAYE and Judges CIPARICK, ROSENBLATT, GRAFFEO, READ, SMITH and PIGOTT concur.